## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

DAVID CHRISTIAN,

      Plaintiff,

    v.                             Case No.:  6:26-cv-00859-JSS-LHP

CITY OF COCOA BEACH,
FLORIDA, MAJOR  COOPER, IN
HIS INDIVIDUAL CAPACITY;
DETECTIVE BILL STANLEY, IN
HIS INDIVIDUAL CAPACITY;
OFFICER  HOUSLER, IN HIS
INDIVIDUAL CAPACITY; AND
LT. JOSEPH MAILMAN, IN HIS
INDIVIDUAL CAPACITY;

      Defendants,

---

### ORDER

Before the Court is Plaintiff's Motion for Permission to File Electronically. Doc. No. 7.  On review, the motion (Doc. No. 7) will be **DENIED without prejudice**.

"While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief."   *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). Here, Plaintiff makes no such showing, simply referring to mailing delays, reduced

-1-

costs, and instantaneous service.  Doc. No. 7, at 2.  *Cf. Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at \*2 (M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access); *Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at \*1 (M.D. Fla. Nov. 5, 2024) ("Gerow has not shown that his case is out of the ordinary.  The reasons he claims that he needs electronic filing—the cost of printing, the cost of postage, the additional time required to file paper documents, and the cost of PACER access—are common to all pro se litigants who file paper documents.  If these burdens were enough to justify CM/ECF access, the exception would swallow the rule.").

The Court directs Plaintiff's attention to the Court's website, https://www.flmd.uscourts.gov/litigants-without-lawyers.  A *pro se* litigant may consent to receive Notices of Electronic Filings by completing the available consent form, *see* https://apps.flmd.uscourts.gov/proseNEF/.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2026.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Parties